IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHSABED GONZALEZ-VALDEZ, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-4122 |
| | : | |
| v. | : | |
| | : | |
| J. SCOTT WATSON, P.C., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 11th day of August, 2015, after consideration of the plaintiff's application to proceed in district court *in forma pauperis* (Doc. No. 1), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the application to proceed *in forma pauperis* is **DENIED**. The plaintiff shall have until September 10, 2015 to file an amended application.

BY THE COURT:


*/s/ Edward G. Smith*
EDWARD G. SMITH, J.